[No. 3241-1.   Division One.   June 21, 1976.]

WALTER HARDMAN, JR., *Appellant*, v. FRANK MESHER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King

County, No. 755541, Howard J. Thompson, J., entered July 2, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Farris, J.